IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ANTOINETTE ANAYA,**

    **Plaintiff,**

vs.                                                                  Civ. No. 21-0046 RB/JHR

**KILOLO KIJAKAZI, Acting Commissioner,**
Social Security Administration,

    **Defendant.**

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Proposed Findings and Recommended Disposition (PFRD) by United States Magistrate Judge Jerry H. Ritter, filed March 9, 2023. (Doc. 38.) Objections were due by no later than March 23, 2023. The parties have not filed any objections. The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 38) are **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Opposed Motion to Reverse and/or Remand (Doc. 29) is **GRANTED**. This action is **REMANDED** to the Commissioner for further proceedings consistent with the recommendation contained within the PFRD.

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE